AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

SCOTT REIMER, Individually and On Behalf of All Others Similarly Situated,

V.

AMBAC FINANCIAL GROUP, INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

08 CV 00411

TO: (Name and address of Defendant)

Ambac Financial Group, Inc.
One State Street Plaza
NY NY 10004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          JAN 1 6 2008

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-16-08 |
| NAME OF SERVER (PRINT) DAVID DiCARLO | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where  1 State Street Plaza, NY NY 10004, 19th Fl.
Kevin Doyle - Senior V.P.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-17-08
              Date                    Signature of Server

Address of Server

LOWER LEVEL
858 MERRICK AVE.
EAST MEADOW, N.Y. 11554

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.