UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––––– x
SCOTT REIMER, Individually and on Behalf of all : 
Others Similarly Situated,                       :
                                                 :
                Plaintiff,                   :  Civil Action No. 08 Civ. 411 (NRB)
                                                 :
    vs.                                          :  NOTICE OF APPEARANCE
                                                 :
AMBAC FINANCIAL GROUP, INC., ROBERT J.           :  ECF Case
GENADER, PHILLIP B. LASSITER, SEAN T.            :
LEONARD and THOMAS J. GANDOLFO,                  :
                                                 :
                Defendants.                  :
––––––––––––––––––––––––––––––––––––––––– x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for the defendants in the above-captioned action. I certify that I am admitted to practice in this court.

Dated: New York, New York      Respectfully submitted,
       February 4, 2008

                                            WACHTELL, LIPTON, ROSEN & KATZ

                                            /s/ Warren R. Stern
                                            Warren R. Stern (WS-2957)
                                            51 West 52nd Street
                                            New York, New York  10019
                                            Telephone:   (212) 403-1000
                                            Facsimile:    (212) 403-2000

                                            *Attorneys for Defendants*