UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────── x

SCOTT REIMER, Individually and on Behalf of all :
Others Similarly Situated,                          :
                                                    :
                                                    :
                        Plaintiff,                  :      Civil Action No. 08 Civ. 411 (NRB)
                                                    :
        vs.                                         :      NOTICE OF APPEARANCE
                                                    :
AMBAC FINANCIAL GROUP, INC., ROBERT J. :           ECF Case
GENADER, PHILLIP B. LASSITER, SEAN T.             :
LEONARD and THOMAS J. GANDOLFO,                    :
                                                    :
                        Defendants.                 :
────────────────────────────────────────── x


            TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

            Please enter my appearance as counsel of record for the defendants in the above-

captioned action.  I certify that I am admitted to practice in this court.


Dated:   New York, New York          Respectfully submitted,
         February 4, 2008

                                     WACHTELL, LIPTON, ROSEN & KATZ


                                     /s/ Joshua A. Naftalis
                                     Joshua A. Naftalis (JN-8054)
                                     51 West 52nd Street
                                     New York, New York  10019
                                     Telephone:   (212) 403-1000
                                     Facsimile:   (212) 403-2000

                                     *Attorneys for Defendants*