UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

――――――――――――――――――――――――――― x
SCOTT REIMER, Individually and on Behalf of all : 
Others Similarly Situated,                       :
                                                 :
                Plaintiff,                       :
                                                 :    Civil Action No. 08 Civ. 411 (NRB)
        vs.                                      :
                                                 :    ECF Case
AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILLIP B. LASSITER, SEAN T.   :
LEONARD and THOMAS J. GANDOLFO,         :
                                                 :
                Defendants.                      :
――――――――――――――――――――――――――― x

## CERTIFICATE OF SERVICE

   The undersigned, an attorney, hereby certifies that on February 4, 2008, he caused copies of the following documents to be served on counsel for the parties in this action as indicated on the attached service list:

   (i)  Notice of Appearance of Peter C. Hein on behalf of defendants;

   (ii)  Notice of Appearance of Warren R. Stern on behalf of defendants;  and

   (iii)  Notice of Appearance of Joshua A. Naftalis on behalf of defendants.


Dated: New York, New York   Respectfully submitted,
    February 4, 2008

               WACHTELL, LIPTON, ROSEN & KATZ


               /s/ Joshua A. Naftalis
               Joshua A. Naftalis (JN-8054)
               51 West 52nd Street
               New York, New York  10019
               Telephone:   (212) 403-1000
               Facsimile:   (212) 403-2000

## SERVICE LIST

| | |
|---|---|
| By ECF | Samuel H. Rudman<br>David A. Rosenfeld<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, New York 11747 |
| | Darren J. Robbins<br>David C. Walton<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101 |
| | *Attorneys for Plaintiff* |