UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
SCOTT REIMER, Individually and on Behalf of all :
Others Similarly Situated,                      :
                                                :
                Plaintiff,                      :
                                                :
        vs.                                     :   Civil Action No. 08 Civ. 411 (NRB)
                                                :
                                                :   ECF Case
AMBAC FINANCIAL GROUP, INC., ROBERT J.          :
GENADER, PHILLIP B. LASSITER, SEAN T.           :
LEONARD and THOMAS J. GANDOLFO,                 :
                                                :
                Defendants.                     :
———————————————————————— x

## STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

      Pursuant to Fed. R. Civ. P. 7.1, Ambac Financial Group, Inc. discloses that it does not have a parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated:  New York, New York        Respectfully submitted,
        February 5, 2008

                                  WACHTELL, LIPTON, ROSEN & KATZ


                                  /s/ Peter C. Hein
                                  Peter C. Hein (PH-5279)
                                  Warren R. Stern (WS-2957)
                                  Joshua A. Naftalis (JN-8054)
                                  51 West 52nd Street
                                  New York, New York  10019
                                  Telephone:   (212) 403-1000
                                  Facsimile:   (212) 403-2000

## SERVICE LIST

<u>By ECF</u>

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, New York 11747

Darren J. Robbins
David C. Walton
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, California 92101

*Attorneys for Plaintiff*