Buelwald, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

SCOTT REIMER, Individually and on Behalf of all :
Others Similarly Situated,

                Plaintiff,

      vs.

AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILLIP B. LASSITER, SEAN T.
LEONARD and THOMAS J. GANDOLFO,

              Defendants.

-----------------------------------x

Civil Action No. 08 Civ. 411 (NRB)

STIPULATION AND ORDER

ECF Case

## STIPULATION AND ORDER ADJOURNING THE TIME FOR DEFENDANTS TO ANSWER, MOVE TO DISMISS OR OTHERWISE RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that plaintiff shall have until 60 days after the entry of an order appointing lead plaintiff and approving lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3) to file an amended complaint, and that the time of all defendants to answer, move to dismiss or otherwise respond to the Complaint shall be extended to 60 days after the filing of such amended complaint. Plaintiff will have 60 days after defendants file any motion to dismiss to file any response, and defendants will have 45 days thereafter to file any reply.

IT IS FURTHER ACKNOWLEDGED THAT, as 15 U.S.C. § 78u-4(b)(3)(B) provides, all discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26(a), shall be stayed through the pendency of the motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

W/1210163

DEFENDANTS ACKNOWLEDGE, without waiver of any arguments or defenses, including defenses related to personal jurisdiction, receipt of a copy of the Complaint in this action as of the date the Court "so orders" and enters this Stipulation, and agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring service of judicial process in the manner provided for by Fed. R. Civ. P. 4.

IT IS FURTHER STIPULATED AND AGREED THAT nothing herein shall be deemed to constitute a waiver of, and defendants do not waive and expressly preserve, all arguments and defenses in the above-captioned action, including defenses related to personal jurisdiction.

Dated: New York, New York
    January 2? 2008

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LP

By
    Samuel H. Rudman (SR-7957)
    David A. Rosenfeld (DR-7564)

58 South Service Road, Suite 200
Melville, New York  11747
(631) 367-7100
(631) 367-1173 (facsimile)

*Attorneys for Plaintiff*

WACHTELL, LIPTON, ROSEN & KATZ

By:
    Peter C. Hein (PH-5279)
    Warren R. Stern (WS-2957)
    Joshua A. Naftalis (JN-8054)

51 West 52nd Street
New York, New York  10019
(212) 403-1000
(212) 403-2000 (facsimile)

*Attorneys for Defendants*

SO ORDERED:

United States District Judge

Dated:    New York, New York
    February 1, 2008

-2-