

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
LOS ANGELES · PHILADELPHIA

Mario Alba, Jr.
malba@csgrr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/08

March 12, 2008

VIA FACSIMILE

The Honorable Naomi Reice Buchwald
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2270
New York, NY 10007

Re: *Reimer vs. Ambac Financial Group, Inc., et al.*, No. 1:08-cv-00411-NRB, and all related cases

Dear Judge Buchwald:

My firm has recently been retained to represent certain institutional investors who wish to make a motion for appointment as lead plaintiff in the above-referenced actions. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. 15 U.S.C. §§ 78u-4(a)(3)(A) and (B). This notice was issued on January 16, 2008; accordingly, our client must file its motion no later than Monday, March 17, 2008.

Your Honor's Individual Practices, however, require that "[f]or motions other than discovery motions, a pre-motion conference is required before making any motion...." Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion on March 17, 2008.

Respectfully submitted,

Mario Alba, Jr.

*Application Granted. So Ordered.*

3/14/08

cc: Counsel for defendants (by facsimile)

58 South Service Road, Suite 200 · Melville, New York 11747 · 631.367.7100 · Fax 631.367.1173 · www.csgrr.com