**KAPLANFOX**



Kaplan Fox & Kilsheimer LLP
850 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

March 14, 2008



**Via Facsimile**

Hon. Naomi R. Buchwald
United States District Court
 for the Southern District of New York
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

Re:  *Reimer v. Ambac Fin. Group, Inc., et al.*, No. 1:08-CV-411 (NRB),
     and all related actions

Dear Judge Buchwald:

My firm represents an investor that intends to file a motion seeking appointment as lead plaintiff in the above-referenced matter on the statutory deadline of March 17, 2008. We write to respectfully request leave from Your Honor's Individual Practice Rule 2.A requiring a pre-motion conference prior to the filing of any motion.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") requires that all motions seeking lead plaintiff appointment be filed no later than 60 days after the notice of the action was first published. See 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). In this action, the first notice was published on January 16, 2008, and thus lead plaintiff motions must be filed no later than Monday, March 17, 2008. Because any member of the class may move to be appointed lead plaintiff prior to the statutory deadline regardless of whether the class member has appeared in the action, it is impossible to know the identities of the other potential lead plaintiff movants at this time. Under these circumstances, we respectfully request that the requirement of a pre-motion conference be waived and that leave be granted to file the lead plaintiff motion.

So Ordered
[signature]
3/14/08

NEW YORK, NY      LOS ANGELES, CA      SAN FRANCISCO, CA
CHICAGO, IL       RICHMOND, VA         MORRISTOWN, NJ

**KAPLAN FOX**

Hon. Naomi R. Buchwald<br>
March 14, 2008<br>
Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

*[signature]*

Melinda D. Rodon

cc: All counsel of record (via facsimile)