UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
SCOTT REIMER, Individually and On Behalf : Civil Action No. 1:08-cv-00411-NRB
of All Others Similarly Situated, :
: <u>CLASS ACTION</u>
: Plaintiff, :
:
vs. :
:
AMBAC FINANCIAL GROUP, INC., et al., :
:
Defendants. :
---------------------------------------------------------- :
MARKO BABIC, Individually and On Behalf : Civil Action No. 1:08-cv-01273-NRB
of All Others Similarly Situated, :
: <u>CLASS ACTION</u>
Plaintiff, :
:
vs. :
:
AMBAC FINANCIAL GROUP, INC., et al., :
:
Defendants. :
---------------------------------------------------------- :
KEVIN PARKER, Individually and On Behalf : Civil Action No. 1:08-cv-01825-NRB
of All Others Similarly Situated, :
: <u>CLASS ACTION</u>
Plaintiff, :
:
vs. :
:
AMBAC FINANCIAL GROUP, INC., et al., :
:
Defendants. :
---------------------------------------------------------- x
[Caption continued on following page.]

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

| | | |
|---|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, On Behalf of Itself and All Others Similarly Situated, | : : : : : | Civil Action No. 1:08-cv-01918-NRB <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| AMBAC FINANCIAL GROUP, INC., et al., | : : | |
| Defendants. | : : | |

PLEASE TAKE NOTICE that Institutional Investor Inter-Local Pension Fund GCC/IBT ("Inter-Local Fund") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Inter-Local Fund as Lead Plaintiff; (iii) approving Inter-Local Fund's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Inter-Local Fund submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated March 17, 2008.

DATED: March 17, 2008          COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP


                                        /s/ *Mario Alba Jr.*
                                 MARIO ALBA JR

                               SAMUEL H. RUDMAN
                               DAVID A. ROSENFELD
                               MARIO ALBA JR.
                               58 South Service Road, Suite 200
                               Melville, NY  11747
                               Telephone:  631/367-7100
                               631/367-1173 (fax)

                               [Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that, on March 17, 2008, I caused a true and correct copy of the attached:

> Notice of Motion for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of Inter-Local Pension Fund GCC/IBT for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of Inter-Local Pension Fund GCC/IBT for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel.

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                                                   */s/ Mario Alba Jr.*
                                                                    Mario Alba Jr.

AMBAC FINANCIAL

Service List - 3/14/2008    (08-0008)

Page 1 of 2

**Counsel For Defendant(s)**

Peter C. Hein
Warren R. Stern
Joshua A. Naftalis
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019
   212/403-1000
   212/403-2000 (Fax)

**Counsel For Plaintiff(s)**

Jill S. Abrams
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY  10016
   212/889-3700
   212/684-5191 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Donald J. Enright
Elizabeth K. Tripodi
Finkelstein Thompson LLP
1050 30th Street, N.W.
Washington, DC  20007
   202/337-8000
   202/337-8090 (Fax)

Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY  10022
   212/687-1980
   212/687-7714 (Fax)

Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY  10005
   212/907-0700
   212/818-0477 (Fax)

Richard A. Lockridge
Karen Hanson Riebel
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
   612/339-6900
   612/339-0981 (Fax)

AMBAC FINANCIAL

Service List - 3/14/2008   (08-0008)

Page 2 of 2

Robert M. Roseman
Andrew D. Abramowitz
David Felderman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
   215/496-0300
   215/496-6611 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
SCOTT REIMER, Individually and On Behalf : Civil Action No. 1:08-cv-00411-NRB
of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
AMBAC FINANCIAL GROUP, INC., et al., :
:
Defendants. :
:
---------------------------------------------------------
MARKO BABIC, Individually and On Behalf : Civil Action No. 1:08-cv-01273-NRB
of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
AMBAC FINANCIAL GROUP, INC., et al., :
:
Defendants. :
:
---------------------------------------------------------
KEVIN PARKER, Individually and On Behalf : Civil Action No. 1:08-cv-01825-NRB
of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
AMBAC FINANCIAL GROUP, INC., et al., :
:
Defendants. :
:
---------------------------------------------------------- x
[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

|  |  |  |
|---|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, On Behalf of Itself and All Others Similarly Situated, | : : : : | Civil Action No. 1:08-cv-01918-NRB <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | : : |  |
| vs. | : : |  |
| AMBAC FINANCIAL GROUP, INC., et al., | : : |  |
| Defendants. | : : |  |

Having considered the Motion of Inter-Local Pension Fund GCC/IBT ("Inter-Local Fund") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1.    The Actions are hereby consolidated;

2.    Inter-Local Fund is hereby appointed Lead Plaintiff for the Class pursuant to Section 21D of the Securities Exchange Act of 1934; and

3.    The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.


DATED: _____       _____
                                                           THE HONORABLE NAOMI R. BUCHWALD
                                                           UNITED STATES DISTRICT JUDGE