UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT REIMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO,<br><br>Defendants. | Case No. 08-CV-00411-NRB<br><br>Electronically filed |
| MARKO BABIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO,<br><br>Defendants. | Case No. 08-CV-01273-NRB |

(Captions continued on subsequent page.)

**NOTICE OF APPEARANCE OF COUNSEL**

| | |
|---|---|
| KEVIN PARKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO, <br><br> Defendants. | Case No. 08-CV-01825-UA <br><br> Electronically filed |
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO, <br><br> Defendants. | Case No. 08-CV-01918-UA |

PLEASE TAKE NOTICE that Frederic S. Fox, Esq., Joel B. Strauss, Esq., Donald R. Hall, Esq., and Melinda D. Rodon, Esq. of the law firm of Kaplan Fox & Kilsheimer LLP, 850 Third Avenue, 14th Floor, New York, NY 10022, hereby enter their respective appearances as co-counsel for lead plaintiff movants the Public School Teachers' Pension & Retirement Fund of Chicago, Arkansas Teacher Retirement System and Public Employees' Retirement System of Mississippi in the above captioned actions. All future pleadings should be served upon Kaplan Fox & Kilsheimer LLP at the above-referenced addresses.

DATED:    March 20, 2008
          New York, New York

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By:    /s/ Frederic S. Fox
       Frederic S. Fox
       Joel B. Rodon
       Donald R. Hall
       Melinda D. Rodon
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Proposed Co-Lead Counsel for Lead Plaintiff Movants Public School Teachers' Pension & Retirement Fund of Chicago, Arkansas Teacher Retirement System and Public Employees' Retirement System of Mississippi, and the Class*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 20, 2008, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System, which will electronically send notification of such filing to the registered participants.

                                            /s/    Melinda D. Rodon
                                                     Melinda D. Rodon

March 20, 2008