UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT REIMER, individually and on behalf of all others similarly situated, | Case No. 08-CV-00411-NRB |
| Plaintiff, | Electronically filed |
| - against - | |
| AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO, | |
| Defendants. | |
| MARKO BABIC, individually and on behalf of all others similarly situated, | Case No. 08-CV-01273-NRB |
| Plaintiff, | |
| - against - | |
| AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO, | |
| Defendants. | |

(Captions continued on subsequent page.)

**NOTICE OF APPEARANCE OF COUNSEL**

| | |
|---|---|
| KEVIN PARKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO, <br><br> Defendants. | Case No. 08-CV-01825-UA <br><br> Electronically filed |
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO, <br><br> Defendants. | Case No. 08-CV-01918-UA |

PLEASE TAKE NOTICE that Frederic S. Fox, Esq., Joel B. Strauss, Esq., Donald R. Hall, Esq., and Melinda D. Rodon, Esq. of the law firm of Kaplan Fox & Kilsheimer LLP, 850 Third Avenue, 14th Floor, New York, NY 10022, hereby enter their respective appearances as co-counsel for lead plaintiff movants the Public School Teachers' Pension & Retirement Fund of Chicago, Arkansas Teacher Retirement System and Public Employees' Retirement System of Mississippi in the above captioned actions. All future pleadings should be served upon Kaplan Fox & Kilsheimer LLP at the above-referenced addresses.

DATED:    March 20, 2008
          New York, New York

                                      Respectfully submitted,

                                      **KAPLAN FOX & KILSHEIMER LLP**

                                      By:_____/s/ Frederic S. Fox_____
                                            Frederic S. Fox
                                            Joel B. Rodon
                                            Donald R. Hall
                                            Melinda D. Rodon
                                      850 Third Avenue, 14th Floor
                                      New York, NY 10022
                                      Telephone: (212) 687-1980
                                      Facsimile: (212) 687-7714

*Proposed Co-Lead Counsel for Lead Plaintiff Movants Public School Teachers' Pension & Retirement Fund of Chicago, Arkansas Teacher Retirement System and Public Employees' Retirement System of Mississippi, and the Class*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 20, 2008, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System, which will electronically send notification of such filing to the registered participants.

                                          /s/    Melinda D. Rodon
                                                 Melinda D. Rodon

March 20, 2008