UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x
SCOTT REIMER, Individually and on Behalf of all : Civil Action No. 08 Civ. 411 (NRB)
Others Similarly Situated, :
                                           : ECF Case
                Plaintiff, :
                                           :
     vs. :
                                             :
AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILIP B. LASSITER, SEAN T. :
LEONARD and THOMAS J. GANDOLFO, :
                                             :
                Defendants. :
―――――――――――――――――――――――― x

―――――――――――――――――――――――― x
MARKO BABIC, Individually and on Behalf of all : Civil Action No. 08 Civ. 1273 (NRB)
Others Similarly Situated, :
                                             :
                Plaintiff, :
                                             :
     vs. :
                                             :
AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILIP B. LASSITER, SEAN T. :
LEONARD and THOMAS J. GANDOLFO, :
                                             :
                Defendants. :
―――――――――――――――――――――――― x

(Captions continued on subsequent page.)

**DEFENDANTS' RESPONSE TO THE MOTION OF THE U.S. PUBLIC PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND THE MOTION OF INTER-LOCAL PENSION FUND GCC/IBT FOR APPOINTMENT AS LEAD PLAINTIFF**

―――――――――――――――――――――― x
KEVIN PARKER, Individually and on Behalf of all : Civil Action No. 08 Civ. 1825 (NRB)
Others Similarly Situated, :
 :
            Plaintiff, :
 :
    vs. :
 :
AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILIP B. LASSITER, SEAN T. :
LEONARD and THOMAS J. GANDOLFO, :
 :
            Defendants. :
―――――――――――――――――――――― x
MINNEAPOLIS FIREFIGHTERS' RELIEF : Civil Action No. 08 Civ. 1918 (NRB)
ASSOCIATION, On Behalf of Itself and All others :
Similarly Situated, :
 :
            Plaintiff, :
 :
    vs. :
 :
AMBAC FINANCIAL GROUP, INC., ROBERT J. :
GENADER, PHILIP B. LASSITER, SEAN T. :
LEONARD and THOMAS J. GANDOLFO, :
 :
            Defendants. :
―――――――――――――――――――――― x

Defendants respectfully submit this response to both the Motion of the U.S. Public Pension Funds and the Motion of Inter-Local Public Pension Fund GCC/IBT for Appointment as Lead Plaintiff.

Defendants take no position as to which, if any, plaintiff should be appointed lead plaintiff. Furthermore, we understand that, under this Court's rulings, any challenge by defendants pursuant to Federal Rule of Civil Procedure 23 to the adequacy or typicality of a lead plaintiff or to the appropriateness of class certification at this stage is "premature." *Yates* v. *Open Joint Stock Co. "Vimpel-Comm'ns,"* 2005 U.S. Dist. LEXIS 7717, at *4-*5 (S.D.N.Y. Apr. 26, 2005) (Buchwald, J.). Rather, we file this response solely to note that, under applicable law, defendants reserve their rights to object to the adequacy or typicality of any lead plaintiff, and to certification of a class pursuant to Rule 23, at the proper time. *See, e.g.*, *Koppel* v. *4987 Corp.*, 1999 U.S. Dist. LEXIS 12340, at *25-*26 (S.D.N.Y. Aug. 11, 1999) (acknowledging, in a decision appointing a lead plaintiff, defendants' reservation of "their rights to challenge plaintiff's adequacy as lead plaintiff when he moves for class certification"). If these actions survive a motion to dismiss, defendants will make any challenges pursuant to Rule 23 to the adequacy or typicality of a lead plaintiff or to the appropriateness of class certification at that time, in response to a motion for class certification. *See Weinberg* v. *Atlas Air Worldwide Holdings, Inc.*, 216 F.R.D. 248, 252 (S.D.N.Y. 2003) ("[A] wide ranging analysis under Rule 23 is not appropriate [at the lead plaintiff appointment stage] and should be left for consideration of a motion for class certification." (quotation omitted)).

Dated: New York, New York
       April 11, 2008

Respectfully submitted,

WACHTELL, LIPTON, ROSEN & KATZ

/s/ Peter C. Hein
Peter C. Hein (PH-5279)
Warren R. Stern (WS-2957)
Joshua A. Naftalis (JN-8054)
51 West 52nd Street
New York, New York  10019
Telephone:    (212) 403-1000
Facsimile:    (212) 403-2000

*Attorneys for Defendants*

SERVICE LIST

By ECF

Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, New York 11747

Darren J. Robbins
David C. Walton
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, California 92101

Donald R. Hall, Jr.
Hae Sung Nam
Joel B. Strauss
Melinda Dierre Rodon
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, New York  10022

Gerald Harlan Silk
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, New York 10019

*Attorneys for Plaintiffs*

<u>By Mail</u>

Jill Sharyn Abrams
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, New York 10016

Donald J. Enright
Elizabeth K. Tripodi
Finkelstein Thompson LLP
1050 30th Street, N.W.
Washington, D.C.  20007

Robert M. Roseman
Andrew D. Abramowitz
David Felderman
Spector Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, Pennsylvania  19103

Richard A. Lockridge
Karen H. Riebel
Lockridge Grindal Nauen, P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota  55401

Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
Labaton Sucharow LLP
140 Broadway
New York, New York 10005

*Attorneys for Plaintiffs*