UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT REIMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO,<br><br>Defendants. | Case No. 08-CV-00411-NRB<br><br>Electronically filed |
| MARKO BABIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO,<br><br>Defendants. | Case No. 08-CV-01273-NRB |

(Captions continued on subsequent page.)

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| KEVIN PARKER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> - against -<br><br><br>AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO,<br><br>      Defendants. | Case No. 08-CV-01825-UA<br><br><br>Electronically filed |
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> - against -<br><br><br>AMBAC FINANCIAL GROUP INC., ROBERT J. GENADER, PHILLIP B. LASSITER, SEAN T. LEONARD and THOMAS J. GANDOLFO,<br><br>      Defendants. | Case No. 08-CV-01918-UA |

I, MAUREEN DUNCAN, hereby certify that on April 14, 2008, I caused the following documents to be filed with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service:

1. Reply Memorandum of Law in Further Support of the Motion of the U.S. Public Pension Funds for (1) Appointment as Lead Plaintiff; (2) Approval of their Selection of Counsel as Lead Counsel for the Class; and (3) Consolidating of All Related Actions; and

2. Supplemental Declaration of Gerald H. Silk in Further Support of the Motion of the U.S. Public Pension Funds for (1) Appointment as Lead Plaintiff; (2) Approval of their Selection of Counsel as Lead Counsel for the Class; and (3) Consolidating of All Related Actions.

_____
MAUREEN DUNCAN