UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE AMBAC FINANCIAL GROUP, INC. SECURITIES LITIGATION | Case No. 08-CV-00411-NRB<br>ECF Filed |
|---|---|

NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Lauren McMillen, a duly admitted member in good standing of the bars of the State of New York and of this Court and an associate with the law firm of Bernstein Litowitz Berger & Grossmann LLP, co-Lead counsel for Lead Plaintiffs the Public School Teachers' Pension and Retirement Fund of Chicago, the Arkansas Teachers Retirement System, and the Public Employees' Retirement System of Mississippi (collectively, the U.S. Public Pension Funds), hereby enters his appearance in the above-captioned matter.

Dated:

June 3, 2008
New York, New York

Respectfully submitted,

/s/ Lauren McMillen
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Lauren McMillen (**LM-1687**)
1285 Avenue of the Americas
New York, New York 10019
Tel: (212)-554-1400
Fax: (212)-554-1444

*Counsel for the U.S. Public Pension Funds*