UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE AMBAC FINANCIAL GROUP, INC. SECURITIES LITIGATION | Case No. 08-CV-00411-NRB<br>ECF Filed |
|---|---|

### CERTIFICATE OF SERVICE

I, Andrew Zimmer hereby certify that on June 3, 2008, the following documents:

- Notice of Appearance of Mark Lebovitch
- Notice of Appearance of Kurt Huciker
- Notice of Appearance of Lauren McMillen

were filed and served electronically in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and the Southern District's rules on Electronic Service.

Dated:

June 3, 2008
New York, New York

_____
Andrew Zimmer