UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMBAC FINANCIAL GROUP, INC. SECURITIES LITIGATION | Case No.: 08-CV-0411-NRB<br>ECF Filed |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Aviah Cohen Pierson, Esq. of the law firm of Kaplan Fox & Kilsheimer LLP, 850 Third Avenue, 14th Floor, New York, NY 10022, hereby enters her appearance as Co-Lead Counsel for Lead Plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago, Arkansas Teacher Retirement System and Public Employees' Retirement System of Mississippi (collectively, the "U.S. Public Pension Funds") in the above captioned matter. All future pleadings should be served upon Aviah Cohen Pierson, Esq. at the above-referenced address.

DATED:   June 4, 2008
         New York, New York

Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ Aviah Cohen Pierson
    Aviah Cohen Pierson
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Co-Lead Counsel for Lead Plaintiffs the
U.S. Public Pension Funds*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 4, 2008, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System, which will electronically send notification of such filing to the registered participants.

                                                     /s/     Aviah Cohen Pierson
                                                            Aviah Cohen Pierson