

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
:
IN RE AMBAC FINANCIAL GROUP, INC.   : Civil Action No. 08 Civ. 411 (NRB)
SECURITIES LITIGATION                :
: STIPULATION AND ORDER
:
: ECF Case
:
------------------------------------ X

### STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR LEAD PLAINTIFFS TO FILE A CONSOLIDATED COMPLAINT AND FOR DEFENDANTS TO ANSWER, MOVE TO DISMISS OR OTHERWISE RESPOND

WHEREAS, under the stipulation so ordered by the Court in the above captioned action on June 11, 2008 plaintiffs shall have until August 8, 2008 to file their Consolidated and Amended Complaint, and

WHEREAS plaintiffs have requested, and defendants have consented to, an extension of time for plaintiffs to file their Consolidated and Amended Complaint;

NOW WHEREFORE IT IS HEREBY STIPULATED by all parties to the above-referenced consolidated action, subject to the approval of the Court, that the previously stipulated schedule is modified as follows:

1.  Plaintiffs shall serve and file their Consolidated and Amended Complaint on or before August 22, 2008. Consistent with the existing so ordered stipulation, defendants shall move or otherwise respond to the Consolidated and Amended Complaint 60 days thereafter (on or before October 21, 2008). Plaintiffs shall file any opposition on or before December 19, 2008. Defendants shall file any reply on or before February 10, 2009.

Dated: New York, New York
       July 18, 2008

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

By: /s/ Mark Lebovitch
    Mark Lebovitch (ML-6654)
    Kurt Hunciker (KH-4190)
    Lauren A. McMillen (LM-1687)
    1285 Avenue of the Americas
    38th Floor
    New York, New York 10019
    (212) 554-1400
    (212) 554-1444 (facsimile)

KAPLAN FOX & KILSHEIMER LLP

    Frederic S. Fox
    Joel B. Strauss
    Donald R. Hall
    Melinda D. Rodon
    850 Third Avenue, 14th Floor
    New York, NY 10022
    (212) 687-1980
    (212) 687-7714 (facsimile)

*Attorneys for Lead Plaintiff*

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
    Peter C. Hein (PH-5279)
    Warren R. Stern (WS-2957)
    Joshua A. Naftalis (JN-8054)

    51 West 52nd Street
    New York, New York 10019
    (212) 403-1000
    (212) 403-2000 (facsimile)

*Attorneys for Defendants*

SO ORDERED:*
/s/ Naomi Reice Buchwald

United States District Judge

Dated:  New York, New York
        July 24, 2008

* This Order is signed on condition that no further extensions will be requested and on condition that the lengthy briefing schedule is not a basis to ignore the Court's page limitations on memoranda of law.
                                                              NRB