UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMBAC FINANCIAL GROUP, INC. SECURITIES LITIGATION | Civil Action No. 08-00411-NRB |

CERTIFICATE OF SERVICE

I, RICIA AUGUSTY, hereby certify that on August 22, 2008, I caused the Consolidated Amended Class Action Complaint to be filed with the Clerk of Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service on:

Watchtell, Lipton, Rosen & katz
51 West 52nd Street
New York, NY 10019
Attn: Peter C. Hein

_____
Ricia Augusty