UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE AMBAC FINANCIAL GROUP, INC.
SECURITIES LITIGATION

Civil Action No. 08-00411-NRB

------------------------------------------------------------x

## NOTICE OF RENEWED MOTION

PLEASE TAKE NOTICE that, upon (i) the Memorandum of Law in Support of Defendant KPMG LLP's Motion to Dismiss, dated October 21, 2008, (ii) the Affidavit of Antonio Yanez, Jr., sworn to on October 20, 2008, with attached exhibits, and (iii) the Reply Memorandum of Law in Support of Defendant KPMG LLP's Motion to Dismiss, dated February 10, 2009, the undersigned will move this Court before the Honorable Naomi Reice Buchwald, in Courtroom 21A of the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, on a date and time to be specified by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing, with prejudice, the Consolidated Class Action Complaint against Defendant KPMG LLP.

DATED: August 27, 2009

        WILLKIE FARR & GALLAGHER LLP

        By: /s/ Michael R. Young
            Michael R. Young
            myoung@willkie.com
            Antonio Yanez, Jr.
            ayanez@willkie.com
            (Members of the Firm)

        787 Seventh Avenue
        New York, New York 10019
        (212) 728-8000 (telephone)
        (212) 728-8111 (facsimile)

        Attorneys for Defendant KPMG LLP

Of Counsel:
Todd G. Cosenza
tcosenza@willkie.com

TO:       Steven B. Singer
          Bernsetin Litowitz Berger & Grossman LLP
          1285 Avenue of the Americas, 38th Floor
          New York, NY  10038

          Frederic S. Fox
          Kaplan Fox & Kilsheimer LLP
          850 Third Avenue, 14th Floor
          New York, NY  10022

          Peter Hein
          Warren R. Stern
          Wachtell, Lipton, Rosen & Katz LLP
          51 West 52nd Street
          New York, NY 10019

          Brad S. Karp
          Charles E. Davidow
          Paul, Weiss, Rifkind, Wharton & Garrison LLP
          1285 Avenue of the Americas
          New York, NY 10019

5084348_1.DOC