UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE AMBAC FINANCIAL GROUP, INC.
SECURITIES LITIGATION

No. 08 Civ. 0411 (NRB)

ECF Case

## DECLARATION OF DOUGLAS M. PRAVDA

Douglas M. Pravda declares:

1.  I am associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for the Underwriter Defendants in the above-captioned case. I submit this declaration to put before the Court certain materials in support of the Underwriter Defendants' motion to dismiss the consolidated class action complaint.

2.  Attached to this declaration are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit 1: | Bond Insurers Weather Hit To Ratings -- Investors Are Steady As First Downgrades Had Been Expected, *The Wall Street Journal*, January 19, 2008, at B1. |
| Exhibit 2: | New York Seeks Bailout of Bond Insurers, *The Wall Street Journal*, January 24, 2008, at A3. |
| Exhibit 3: | Rescue Plans Won't Prevent Downgrades -- Banks Trying to Salvage Bond Insurers Realize Ratings Will Still Suffer, *The Wall Street Journal*, February 7, 2008, at C1. |
| Exhibit 4: | Credit Crunch: Markets' Ride: Bond Insurer Ambac in Talks with Potential Partners, *The Wall Street Journal*, January 23, 2008, at C3. |
| Exhibit 5: | Ambac Hopes Capital Infusion Will Save Rating -- Strategy to Sell Shares May Be Prelude to Split; Spitzer Deadline Passes, *The Wall Street Journal*, February 19, 2008, at C1. |

Exhibit 6: Pershing's Ackman knocks MBIA, Ambac, *MarketWatch*, May 24, 2007.

Exhibit 7: BULLET: US ABS/SubPrime, *MarketWatch*, July 11, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2008.

_____
Douglas M. Pravda, Esq.