UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMBAC FINANCIAL GROUP, INC. SECURITIES LITIGATION | Civil Action No. 08-00411-NRB<br><br>ECF Case |

**LEAD PLAINTIFFS' NOTICE OF ENTRY INTO SETTLEMENT AGREEMENTS**

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Steven B. Singer
Kurt Hunciker
Niki L. Mendoza
Lauren A. McMillen
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox
Donald Hall
Hae Sung Nam
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Attorneys for Lead Plaintiffs and Co-Lead Counsel for the Class*

1

2

Lead Plaintiffs respectfully submit this Notice to inform the Court that they have entered into the following settlement agreements in the above-encaptioned putative class action: (1) Stipulation of Settlement with Ambac and the Individual Defendants; and (ii) Stipulation of Settlement with the Underwriter Defendants.  Copies of the Stipulations of Settlement are attached hereto as Exhibits 1 and 2.

Dated: May 6, 2011 Respectfully submitted,

| | |
|---|---|
| **KAPLAN FOX & KILSHEIMER LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| /s/ Donald Hall | /s/ Steven B. Singer |
| Frederic S. Fox | Steven B. Singer |
| Donald Hall | Kurt Hunciker |
| Hae Sung Nam | Niki L. Mendoza |
| 850 Third Avenue, 14th Floor | Lauren A. McMillen |
| New York, New York 10022 | 1285 Avenue of the Americas, 38th Floor |
| Telephone: (212) 687-1980 | New York, New York 10019 |
| Facsimile: (212 ) 687-7714 | Telephone: (212) 554-1400 |
| | Facsimile: (212) 554-1444 |

*Attorneys for the Lead Plaintiffs and Co-Lead Counsel for the Class*