IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
IN RE AMBAC FINANCIAL GROUP, INC.    Case No. 08-cv-00411-NRB
SECURITIES LITIGATION:
-----------------------------------------------------x
STANLEY TOLIN and EDWARD WALTON,

Individually and On Behalf of All Others    Case No. 08-cv-11241-CM
Similarly Situated,

          Plaintiffs,
v.

AMBAC FINANCIAL GROUP, INC.,
ROBERT J. GENADER and SEAN T.
LEONARD,

          Defendants.

-----------------------------------------------------x



## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Police and Fire Retirement System of the City of Detroit ("PFRS"), one of the plaintiffs in the action *In re: Ambac Financial Group, Inc. Shareholders Derivative Litigation*, C.A. No. 3521-VCL (Del. Ch.), hereby appeals to the Untied States Court of Appeals for the Second Circuit from the: (1) Order Approving Plan of Allocation entered by this Court on September 28, 2011. Dkt No. 143; (2) the Judgment Approving Class Action Settlement With the Underwriter Defendants, entered by this Court on September 28, 2011. Dkt No. 145; and (3) the Judgment Approving Class Action Settlement with Ambac and the Individual Defendants, entered by this Court on September 28, 2011, Dkt No. 146. A true and correct copy of each is annexed hereto as Exhibits A-C.

Dated: October 28, 2011                          Respectfully Submitted,

/s/ Denis F. Sheils
_____
Denis F. Sheils

Kohn, Swift & Graf, PC
Denis F. Sheils
Barbara L. Moyer
One South Broad Street, Suite 2100
Philadelphia, PA 19107

Wolf Haldenstein Adler Freeman & Herz LLP
Daniel W. Krasner
Demet Basar
Malcolm T. Brown
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Chimicles & Tikellis LLP
Pamela S. Tikellis
Scott M. Tucker
222 Delaware Avenue
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

The Miller Law Firm, P.C.
Darryl G. Bressack
Brian E. Etzel
950 West University Drive, Suite 300
Rochester, MI 48307

*Attorneys for the Police and Fire
Retirement System of the City of Detroit*